Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ZACHRY INDUSTRIAL, INC.
    Plaintiff,      )
                      )
VS.                   ) Civil Action
                      ) 4:17-cv-03751
THREE PHASE LINE     )
CONSTRUCTION,         )
    Defendant.      )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
ALEXIS Z. KATTAMIS, Ph.D., P.E.
OCTOBER 14, 2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION OF ALEXIS Z. KATTAMIS, Ph.D., P.E., produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 14th of October, 2020, from 8:56 a.m. to 2:36 p.m., before Mona S. Whitmarsh, Certified Shorthand Reporter, in and for the State of Texas, reported by machine shorthand, at the offices of Eggleston & Briscoe, 4800 Three Allen Center, 333 Clay Street, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

MAGNA LEGAL SERVICES
866-624-6221
www.MagnaLS.com



Exhibit 28

Page 9

1  engineering from Princeton University; is that correct?
2      A   Yes, aside from about a five-month internship
3  at General Electric, yes.
4      Q   Right.  And you list that in your CV, right?
5      A   Yes.
6      Q   And you finally earned your Ph.D. in
7  electrical engineering in 2007; is that correct?
8      A   Yes, that's correct.
9      Q   And what was the subject of your thesis?
10     A   Sure.  My thesis was on flexible electronics.
11     Q   What is a flexible electronic?
12     A   Sure.
13         So today's modern computers all run on
14 microchips.  We talk about them -- kind of silicon-based
15 microchips, the transistor being the most basic device.
16         What we are doing in this case, in the
17 research group, was trying to put those same devices on
18 flexible materials.  I think one goal is flexible
19 displays.  Back then, people thought that within a few
20 years, you would start seeing products that had those
21 types of displays; but that hasn't happened yet.  It's
22 just starting.  Samsung has a product, I think, that has
23 a foldable display.  But that was the research.
24     Q   If you don't mind my asking, how old are you?
25     A   I am 41.



Exhibit 28

```
                                                      Page 185
 1   the hole was not there when they got to the jobsite,
 2   correct?
 3        A    When they got there, yes.
 4             MR. FERRETI:  That's all I have.
 5                      REEXAMINATION
 6   BY MR. VILLARREAL:
 7        Q    With regards to the hole, and with any testing
 8   that has been done, there are known dimensions of the
 9   hole, correct?
10        A    Sure.  Yeah.  Yeah.
11        Q    And have you seen any test with any tool
12   showing that a tool could pierce the stainless steel?
13        A    I am not aware of any test done to date that
14   show a dropped tool -- well, a dropped spud wrench
15   penetrating the steel.
16        Q    Are you aware of any tests that have been done
17   by anyone that shows a dropped tool can leave any
18   markings on the bushing cap that would have the same
19   dimensions as the dimensions of the hole?
20        A    I have to go back, but I believe that the hole
21   from the Proto -- or the -- not the hole -- the
22   deformation created by the Proto wrench was smaller.
23        Q    And the Proto wrench is -- what are you
24   referring to?
25        A    The one that was identified by Natalie.
```



Exhibit 28

Page 186

1 Q So are you saying that the Proto wrench does
2 not have physical characteristics that would be
3 consistent with the hole?
4 A I would have to look at that. I just know
5 that the diameter of the puncture is bigger than the
6 diameter of the divot created by the drop test,
7 Exponent's drop test.
8              MR. VILLARREAL: That's all the questions
9 I have.
10              REEXAMINATION
11 BY MR. FERRETI:
12 Q One last question while we are on that topic.
13 A Yeah.
14 Q This spud wrench that Natalie Brady identified
15 in an e-mail where she pulled up some information off a
16 website, do you know who gave her that information?
17 A No.
18 Q Do you know whether that information was based
19 on actual Three Phase inventory showing when they buy
20 these spud wrenches and what they paid for it?
21 A I would have to look. I don't think so. I
22 don't remember that.
23 Q So other than those hearsay comments from Tim
24 Darr, or whoever gave her that information, you have no
25 evidence that, in fact, the spud wrench they identified



Exhibit 28

```
                                                       Page 187
 1   in the e-mail is the only spud wrench that Three Phase
 2   has ever purchased in the history of the world, correct?
 3              MR. VILLARREAL:  Objection, form.
 4   Argumentative.
 5        A    No.
 6        Q    (BY MR. FERRETI) Okay.
 7              MR. FERRETI:  That's it.
 8              THE REPORTER:  Off the record?
 9              MR. FERRETI:  We are off the record.
10              (DEPOSITION CONCLUDED AT 2:36 P.M.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**Exhibit 28**

Page 188

1  THE STATE OF TEXAS:
2  COUNTY OF HARRIS:
3       I, Mona S. Whitmarsh, a Certified Shorthand
4  Reporter, hereby certify that the foregoing testimony
5  was given before me after the Witness had been first
6  duly sworn.
7       I further certify that this deposition was
8  transcribed under my direction and is a complete and
9  correct transcript of the proceedings; and that it is
10 being filed with the Court in accordance with the
11 Stipulation of Counsel contained in this deposition.
12      I further certify that I am neither attorney for,
13 related to, nor employed by any of the parties to the
14 lawsuit in which this deposition was taken.  Further, I
15 am neither related to nor employed by any attorney of
16 record in this cause; nor do I have a financial interest
17 in the matter.
18      GIVEN UNDER MY HAND AND SEAL OF OFFICE this _____
19 day of _____, 2020.
20      _____
         Mona S. Whitmarsh
21       Texas CSR No. 3986
         Expiration Date:  04/30/22
22
         MAGNA LEGAL SERVICES
23       Firm Registration No. 622
         866-624-6221
24       www.MagnaLS.com
25



Exhibit 28